AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Stahl, Norman H | 2. Court or Organization  US Court of Appeals - 1st Cir. | 3. Date of Report  05/02/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  US Court of Appeals 1 Courthouse Way, Suite 8730 Boston, Massachusetts 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 MAY 10 A 11: 31 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ashland House Associates | E | Distribution | M | W | | | | | |
| 2. Indian Trail Groves | A | Distribution | J | W | | | | | |
| 3. Rental Building, Lynchburg, VA | B | Rent | J | W | | | | | |
| 4. Cmn Stk, Exxon Mobil | A | Dividend | K | T | | | | | |
| 5. Cmn Stk, Johnson & Johnson | C | Dividend | M | T | | | | | |
| 6. Cmn Stk, Pepsico | A | Dividend | L | T | Buy Add | 4/18 | J | | |
| 7. | | | | | Buy Add | 4/19 | J | | |
| 8. | | | | | Buy Add | 4/29 | J | | |
| 9. | | | | | Buy Add | 5/24 | J | | |
| 10. | | | | | Buy Add | 6/3 | J | | |
| 11. | | | | | Buy Add | 7/25 | J | | |
| 12. Cmn Stk, Microsoft Corp | A | Dividend | L | T | Buy Add | 7/22 | J | | |
| 13. | | | | | Prt Sell | 11/08 | J | A | |
| 14. | | | | | Prt Sell | 8/29 | J | A | |
| 15. | | | | | Prt Sell | 12/20 | K | A | |
| 16. Cmn Stk, Exxon Mobil | B | Dividend | M | T | | | | | |
| 17. Cmn Stk, Merck & Co | A | Dividend | | | Sold | 6/6 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Shrs, Inst. Daily Inc. Fund - IRA | A | Dividend | O | T | | | | | |
| 19. Cmn Stk, Microsoft Corp - IRA | B | Dividend | L | T | Buy Add | 9/23 | J | | |
| 20. | | | | | Prt Sell | 11/8 | J | A | |
| 21. | . | | | | Prt Sell | 12/20 | K | A | |
| 22. | | | | . | Prt Sell | 12/27 | J | A | |
| 23. Shrs, Europacific Growth Fund - IRA | A | Dividend | K | T | | | | | |
| 24. Shrs, Washington Mutual Investors Fund - IRA | B | Dividend | L | T | | | | | |
| 25. Shrs, Europacific Growth Fund - IRA | A | Dividend | K | T | | | | | |
| 26. Shrs, Washington Mutual Investors Fund - IRA | B | Dividend | L | T | | | | | |
| 27. Shrs, Inst. Daily Income Fund | C | Dividend | L | T | | | | | |
| 28. Cmn Stk, WM Wrigley Jr Co | A | Dividend | | | Prt Sell | 1/20 | J | C | |
| 29. | | | | | Sold | 1/24 | K | D | |
| 30. Cmn Stk, Stryker Corp | A | Dividend | L | T | | | | | |
| 31. Cmn Stk, WM Wrigley Jr Co - IRA | A | Dividend | | | Prt Sell | 1/20 | J | D | |
| 32. | | | | | Sold | 1/24 | K | D | |
| 33. Honolulu HI 5%, 11/1/05 Bond | B | Interest | | | Redeemed | 11/1 | J | A | |
| 34. Cmn Stk, Marriott Intl | A | Dividend | L | T | Buy Add | 9/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Prt Sell | 4/4 | J | C | |
| 36. | | | | | Prt Sell | 4/7 | J | C | |
| 37. | | | | | Prt Sell | 4/13 | J | C | |
| 38. Cmn Stk, Marriott Intl - IRA | A | Dividend | M | T | Buy Add | 5/2 | J | | |
| 39. | | | | | Buy Add | 5/3 | J | | |
| 40. | | | | | Buy Add | 9/19 | J | | |
| 41. | | | | | Prt Sell | 3/30 | K | D | |
| 42. | | | | | Prt Sell | 4/12 | J | C | |
| 43. | | | | | Prt Sell | 12/2 | J | A | |
| 44. Cmn Stk, Dell Computer - IRA | | None | L | T | Prt Sell | 6/14 | J | B | |
| 45. | | | | | Prt Sell | 12/6 | K | A | |
| 46. Cmn Stk, Dell Computers | | None | L | T | Prt Sell | 6/14 | J | A | |
| 47. | | | | | Prt Sell | 12/6 | K | A | |
| 48. Svgs Acct, Martha's Vineyard Cooperative Bank | A | Interest | K | T | | | | | |
| 49. Cmn Stk, General Electric Co | C | Dividend | M | T | Buy Add | 7/12 | J | | |
| 50. | | | | | Buy Add | 8/25 | J | | |
| 51. | | | | | Buy Add | 8/30 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Prt Sell | 12/20 | K | A | |
| 53. Shrs, Dreyfus MA Int. Muni Bond Fund | | None | | | Sold | 12/20 | K | A | |
| 54. Massachusetts St Bond 6%, 11/1/10 | B | Interest | K | T | | | | | |
| 55. Massachusetts Bay Trans Auth Bond 5.5%, 3/1/11 | B | Interest | K | T | | | | | |
| 56. Dighton & Rehoboth MA Bond 4/75%, 5/1/13 | B | Interest | K | T | | | | | |
| 57. Framingham MA Bond 4/4%, 8/15/14 | B | Interest | K | T | | | | | |
| 58. Wenham MA Bond 4/9%, 6/1/17 | B | Interest | K | T | | | | | |
| 59. Shrs, Dreyfus MA Int. Muni Bond Fund | | None | | | Sold | 12/20 | K | A | |
| 60. Cmn Stk, Kellogg Co | B | Dividend | L | T | Buy Add | 10/31 | J | | |
| 61. | | | | | Buy Add | 12/1 | J | | |
| 62. Cmn Stk, Target Corp | A | Dividend | M | T | Buy Add | 5/4 | J | | |
| 63. | | | | | Buy Add | 11/29 | J | | |
| 64. | | | | | Prt Sell | 3/15 | J | A | |
| 65. | | | | | Prt Sell | 7/12 | J | B | |
| 66. | | | | | Prt Sell | 6/10 | J | C | |
| 67. | | | | | Prt Sell | 6/28 | J | B | |
| 68. | | | | | Prt Sell | 10/20 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cmn Stk, Kellogg Co - IRA | C | Dividend | M | T | Prt Sell | 5/11 | J | A | |
| 70. Cmn Stk, Target Corp - IRA | A | Dividend | M | T | Buy Add | 11/16 | J | | |
| 71. | | | | | Buy Add | 11/29 | J | | |
| 72. | | | | | Prt Sell | 3/15 | J | B | |
| 73. | | | | | Prt Sell | 6/2 | J | C | |
| 74. | | | | | Prt Sell | 6/28 | J | C | |
| 75. | | | | | Prt Sell | 7/12 | J | B | |
| 76. Massachusetts Bay Trans Auth Bond, 5.25%, 3/1/07 | B | Interest | K | T | | | | | |
| 77. Cmn Stk, Dell Computers | | None | L | T | Buy Add | 11/4 | J | | |
| 78. | | | | | Prt Sell | 6/14 | J | A | |
| 79. | | | | | Prt Sell | 12/7 | J | A | |
| 80. | | | | | Prt Sell | 12/8 | J | A | |
| 81. | | | | | Prt Sell | 12/20 | J | A | |
| 82. Cmn Stk, Kellogg Co | B | Dividend | M | T | Buy Add | 9/19 | J | | |
| 83. Cmn Stk, Microsoft Corp | A | Dividend | L | T | Buy Add | 6/17 | J | | |
| 84. | | | | | Buy Add | 7/22 | J | | |
| 85. | | | | | Prt Sell | 11/8 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Prt Sell | 12/20 | J | A | |
| 87. Cmn Stk, WM Wrigley Co | | | | | Sold | 1/24 | K | C | |
| 88. MM Acct, Citizens Bank | A | Interest | K | T | | | | | |
| 89. Inv. Cash, WP Stewart Securities, Ltd | C | Interest | M | T | | | | | |
| 90. Cmn Stk, Amgen Corp | | None | L | T | Buy Add | 3/15 | J | | |
| 91. | | | | | Buy Add | 10/20 | J | | |
| 92. | | | | | Prt Sell | 7/8 | J | A | |
| 93. | | | | | Prt Sell | 7/20 | J | B | |
| 94. | | | | | Prt Sell | 8/3 | J | B | |
| 95. | | | | | Prt Sell | 9/21 | J | B | |
| 96. Cmn Stk, Qualcomm | A | Dividend | L | T | Prt Sell | 6/8 | J | A | |
| 97. | | | | | Prt Sell | 7/27 | J | A | |
| 98. | | | | | Prt Sell | 8/22 | J | C | |
| 99. Cmn Stk, Amgen Corp - IRA | | None | M | T | Buy Add | 3/15 | J | | |
| 100. | | | | | Buy Add | 10/17 | J | | |
| 101. | | | | | Buy Add | 10/20 | J | | |
| 102. | | | | | Prt Sell | 7/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Prt Sell | 7/20 | K | C | |
| 104. | | | | | Prt Sell | 8/3 | J | B | |
| 105. | | | | | Prt Sell | 9/7 | J | B | |
| 106. Cmn Stk, Qualcomm - IRA | A | Dividend | L | T | Buy Add | 1/24 | J | | |
| 107. | | | | | Buy Add | 2/17 | J | | |
| 108. | | | | | Prt Sell | 6/7 | J | A | |
| 109. | | | | | Prt Sell | 7/27 | J | A | |
| 110. | | | | | Prt Sell | 8/22 | J | A | |
| 111. | | | | | Prt Sell | 9/2 | J | A | |
| 112. Harwich MA 4.2% 6/15/05 Bind | B | Interest | | | Redeem | 6/15 | K | A | |
| 113. Lowell MA 5.4% 8/1/07 Bond | B | Interest | | | Redeem | 8/1 | K | A | |
| 114. Cmn Stk, Amgen Corp | | None | L | T | Buy Add | 10/17 | J | | |
| 115. | | | | | Prt Sell | 9/21 | J | B | |
| 116. Cmn Stk, Marriott Intl | A | Dividend | L | T | Buy Add | 8/29 | J | | |
| 117. | | | | | Buy Add | 9/19 | J | | |
| 118. | | | | | Prt Sell | 4/4 | J | B | |
| 119. | | | | | Prt Sell | 4/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Cmn Stk, Qualcomm | A | Dividend | L | T | Prt Sell | 5/26 | J | A | |
| 121. | | | | | Prt Sell | 7/27 | J | A | |
| 122. | | | | | Prt Sell | 8/22 | J | B | |
| 123. | | | | | Prt Sell | 9/2 | J | B | |
| 124. Cmn Stk, Target | A | Dividend | L | T | Buy Add | 5/4 | J | | |
| 125. | | | | | Buy Add | 11/29 | J | | |
| 126. | | | | | Prt Sell | 6/10 | J | B | |
| 127. | | | | | Prt Sell | 6/28 | J | B | |
| 128. | | | | | Prt Sell | 10/20 | J | B | |
| 129. Cmn Stk, Pfizer | B | Dividend | K | T | Buy Add | 1/31 | J | | |
| 130. | | | | | Buy Add | 2/1 | J | | |
| 131. | | | | | Buy Add | 6/15 | J | | |
| 132. | | | | | Prt Sell | 10/3 | J | A | |
| 133. Cmn Stk, Proctor & Gamble | A | Dividend | L | T | | | | | |
| 134. Cmn Stk, Amazon.com | | None | L | T | Buy Add | 2/3 | J | | |
| 135. | | | | | Buy Add | 2/23 | J | | |
| 136. | | | | | Buy Add | 2/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy Add | 4/27 | J | | |
| 138. | | | | | Buy Add | 6/8 | J | | |
| 139. | | | | | Prt Sell | 11/18 | J | A | |
| 140. | | | | | Prt Sell | 12/5 | J | B | |
| 141. Cmn Stk, American Express Co | A | Dividend | L | T | Buy Add | 1/12 | J | | |
| 142. | | | | | Buy Add | 7/14 | J | | |
| 143. | | | | | Prt Sell | 8/12 | J | A | |
| 144. | | | | | Prt Sell | 9/12 | J | A | |
| 145. Cmn Stk, Apple Computer | | None | | | Prt Sell | 3/24 | K | E | |
| 146. | | | | | Prt Sell | 4/6 | J | C | |
| 147. | | | | | Prt Sell | 4/8 | J | D | |
| 148. | | | | | Prt Sell | 8/22 | J | D | |
| 149. | | | | | Prt Sell | 8/26 | J | D | |
| 150. | | | | | Prt Sell | 8/30 | J | C | |
| 151. | | | | | Prt Sell | 9/6 | J | D | |
| 152. | | | | | Prt Sell | 9/19 | J | D | |
| 153. | | | | | Prt Sell | 9/23 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/12 | K | E | |
| 155. Cmn Stk, Charles Schwab Corp | A | Dividend | L | T | Buy Add | 2/10 | J | | |
| 156. | | | | | Prt Sell | 7/19 | J | A | |
| 157. | | | | | Prt Sell | 7/20 | J | A | |
| 158. | | | | | Prt Sell | 9/14 | J | B | |
| 159. | | | | | Prt Sell | 9/29 | J | B | |
| 160. | | | | | Prt Sell | 10/27 | J | A | |
| 161. | | | | | Prt Sell | 11/11 | J | B | |
| 162. Cmn Stk, Eletronic Arts | | None | | | Prt Sell | 2/3 | K | D | |
| 163. | | | | | Prt Sell | 3/7 | J | C | |
| 164. | | | | | Prt Sell | 6/20 | J | B | |
| 165. | | | | | Prt Sell | 7/12 | J | B | |
| 166. | | | | | Prt Sell | 7/25 | J | C | |
| 167. | | | | | Prt Sell | 8/3 | J | A | |
| 168. | | | | | Sold | 11/4 | K | D | |
| 169. Cmn Stk, General Electric | C | Dividend | L | T | Buy Add | 4/28 | J | | |
| 170. | | | | | Buy Add | 5/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Buy Add | 6/10 | J | | |
| 172. | | | | | Buy Add | 7/12 | J | | |
| 173. | | | | | Buy Add | 8/30 | J | | |
| 174. | | | | | Buy Add | 10/4 | J | | |
| 175. | | | | | Buy Add | 11/8 | J | | |
| 176. Cmn Stk, IBM | A | Dividend | | | Buy Add | 1/12 | J | | |
| 177. | | | | | Buy Add | 1/21 | J | | |
| 178. | | | | | Prt Sell | 4/18 | K | A | |
| 179. | | | | | Prt Sell | 4/22 | K | A | |
| 180. | | | | | Prt Sell | 4/26 | J | A | |
| 181. | | | | | Prt Sell | 4/27 | J | A | |
| 182. | | | | | Sold | 4/29 | K | A | |
| 183. Cmn Stk, Whole Foods Market | A | Dividend | | | Prt Sell | 2/18 | J | B | |
| 184. | | | | | Prt Sell | 4/7 | J | B | |
| 185. | | | | | Prt Sell | 5/5 | J | C | |
| 186. | | | | | Prt Sell | 5/18 | J | C | |
| 187. | | | | | Prt Sell | 7/6 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 7/7 | J | C | |
| 189. Cmn Stk, Proctor & Gamble - IRA | B | Dividend | M | T | Buy Add | 1/31 | J | | |
| 190. | | | | | Buy Add | 2/1 | J | | |
| 191. | | | | | Buy Add | 3/8 | J | | |
| 192. | | | | | Buy Add | 3/9 | J | | |
| 193. | | | | | Prt Sell | 10/3 | K | B | |
| 194. Cmn Stk, Amazon.com - IRA | | None | L | T | Buy Add | 2/3 | J | | |
| 195. | | | | | Buy Add | 2/23 | J | | |
| 196. | | | | | Buy Add | 2/24 | J | | |
| 197. | | | | | Buy Add | 4/27 | J | | |
| 198. | | | | | Buy Add | 6/15 | J | | |
| 199. | | | | | Buy Add | 6/30 | J | | |
| 200. | | | | | Prt Sell | 11/18 | J | B | |
| 201. | | | | | Prt Sell | 11/29 | J | B | |
| 202. | | | | | Prt Sell | 12/5 | J | A | |
| 203. | | | | | Prt Sell | 12/15 | J | B | |
| 204. Cmn Stk, American Express Co - IRA | B | Dividend | M | T | Prt Sell | 8/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Prt Sell | 9/12 | J | A | |
| 206. | | | | | Prt Sell | 12/14 | J | A | |
| 207. Cmn Stk, Apple Computer - IRA | | None | | | Prt Sell | 2/15 | K | E | |
| 208. | | | | | Prt Sell | 2/23 | J | D | |
| 209. | | | | | Prt Sell | 3/23 | J | C | |
| 210. | | | | | Prt Sell | 4/12 | J | C | |
| 211. | | | | | Prt Sell | 8/25 | J | B | |
| 212. | | | | | Prt Sell | 9/6 | K | E | |
| 213. | | | | | Prt Sell | 9/9 | J | C | |
| 214. | | | | | Prt Sell | 9/30 | J | C | |
| 215. | | | | | Sold | 10/12 | K | E | |
| 216. Cmn Stk, Charles Schwab Corp - IRA | A | Dividend | M | T | Buy Add | 2/10 | J | | |
| 217. | | | | | Buy Add | 2/23 | J | | |
| 218. | | | | | Prt Sell | 6/7 | J | A | |
| 219. | | | | | Prt Sell | 6/23 | J | A | |
| 220. | | | | | Prt Sell | 7/19 | J | B | |
| 221. | | | | | Prt Sell | 7/20 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Prt Sell | 9/7 | J | B | |
| 223. | | | | | Prt Sell | 9/14 | J | A | |
| 224. | | | | | Prt Sell | 9/29 | J | B | |
| 225. | | | | | Prt Sell | 10/27 | J | B | |
| 226. | | | | | Prt Sell | 11/11 | J | C | |
| 227. Cmn Stk, Electronic Arts - IRA | | None | | | Prt Sell | 2/3 | K | D | |
| 228. | | | | | Prt Sell | 2/22 | J | B | |
| 229. | | | | | Prt Sell | 3/7 | J | C | |
| 230. | | | | | Prt Sell | 7/22 | K | C | |
| 231. | | | | | Prt Sell | 8/3 | J | B | |
| 232. | | | | | Prt Sell | 10/24 | J | A | |
| 233. | | | | | Prt Sell | 10/26 | J | B | |
| 234. | | | | | Sold | 11/4 | K | D | |
| 235. Cmn Stk, General Electric - IRA | C | Dividend | M | T | Buy Add | 1/5 | J | | |
| 236. | | | | | Buy Add | 2/22 | J | | |
| 237. | | | | | Buy Add | 4/28 | J | | |
| 238. | | | | | Buy Add | 7/12 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   Q =Appraisal  V =Other  S =Assessment
   U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy Add | 7/20 | J | | |
| 240. | | | | | Buy Add | 8/25 | J | | |
| 241. | | | | | Buy Add | 8/30 | J | | |
| 242. | | | | | Buy Add | 10/3 | J | | |
| 243. | | | | | Buy Add | 10/4 | J | | |
| 244. | | | | | Buy Add | 11/8 | J | | |
| 245. Cmn Stk, IBM - IRA | B | Dividend | | | Prt Sell | 4/18 | J | A | |
| 246. | | | | | Prt Sell | 4/22 | K | A | |
| 247. | | | | | Sold | 4/29 | K | A | |
| 248. Cmn Stk, Whole Foods Market - IRA | A | Dividend | | | Prt Sell | 2/18 | K | B | |
| 249. | | | | | Prt Sell | 3/9 | J | A | |
| 250. | | | | | Prt Sell | 4/7 | J | B | |
| 251. | | | | | Prt Sell | 5/5 | J | C | |
| 252. | | | | | Prt Sell | 5/18 | J | B | |
| 253. | | | | | Prt Sell | 5/19 | J | B | |
| 254. | | | | | Prt Sell | 6/6 | J | D | |
| 255. | | | | | Prt Sell | 6/7 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,000 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 7/7 | J | D | |
| 257. Windham Ct 4.876% 6/15/08 Bond | B | Interest | K | T | | | | | |
| 258. Waterford WI 5% 4/1/13 Bond | B | Interest | K | T | | | | | |
| 259. Cmn Stk, Amazon.com | | None | K | T | Buy Add | 2/3 | J | | |
| 260. Cmn Stk, American Express | A | Dividend | L | T | Buy Add | 1/5 | J | | |
| 261. | | | | | Buy Add | 7/14 | J | | |
| 262. | | | | | Prt Sell | 8/12 | J | A | |
| 263. | | | . | | Prt Sell | 9/12 | J | | |
| 264. Cmn Stk, Apple Computer | | None | | | Prt Sell | 3/23 | J | D | |
| 265. | | | | | Prt Sell | 3/24 | J | D | |
| 266. | | | | | Prt Sell | 4/6 | J | C | |
| 267. | | | | | Prt Sell | 4/8 | J | C | |
| 268. | | | | | Prt Sell | 8/24 | J | D | |
| 269. | | | | | Prt Sell | 8/26 | J | C | |
| 270. | | | | | Prt Sell | 8/30 | J | C | |
| 271. | | | | | Prt Sell | 9/6 | J | C | |
| 272. | | | | | Prt Sell | 9/19 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Prt Sell | 9/29 | J | C | |
| 274. | | | | | Sold | 10/12 | K | D | |
| 275. Cmn Stk, Charles Schwab Corp | A | Dividend | L | T | Buy Add | 2/23 | J | | |
| 276. | | | | | Buy Add | 10/13 | J | | |
| 277. | | | | | Prt Sell | 6/9 | J | A | |
| 278. | | | | | Prt Sell | 6/23 | J | A | |
| 279. | | | | | Prt Sell | 7/14 | J | A | |
| 280. | | | | | Prt Sell | 7/19 | J | A | |
| 281. | | | | | Prt Sell | 7/20 | J | A | |
| 282. | | | | | Prt Sell | 9/14 | J | A | |
| 283. | | | | | Prt Sell | 9/29 | J | A | |
| 284. | | | | | Prt Sell | 10/25 | J | A | |
| 285. | | | | | Prt Sell | 10/27 | J | A | |
| 286. | | | | | Prt Sell | 11/10 | J | A | |
| 287. | | | | | Prt Sell | 11/11 | J | A | |
| 288. Cmn Stk, Electronic Arts | | None | | | Buy Add | 5/26 | J | | |
| 289. | | | | | Buy Add | 10/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Prt Sell | 1/18 | J | A | |
| 291. | | | | | Prt Sell | 2/3 | J | B | |
| 292. | | | | | Prt Sell | 3/3 | J | B | |
| 293. | | | | | Prt Sell | 7/12 | J | B | |
| 294. | | | | | Prt Sell | 7/22 | J | A | |
| 295. | | | | | Prt Sell | 10/26 | J | B | |
| 296. | | | | | Prt Sell | 10/31 | J | A | |
| 297. | | | | | Prt Sell | 11/2 | J | B | |
| 298. | | | | | Prt Sell | 11/3 | J | A | |
| 299. | | | | | Sold | 11/4 | J | B | |
| 300. Cmn Stk, IBM | A | Dividend | | | Buy Add | 4/11 | J | | |
| 301. | | | | | Sold | 4/29 | K | A | |
| 302. Cmn Stk, Procter & Gamble | B | Dividend | L | T | Buy Add | 1/31 | J | | |
| 303. | | | | | Buy Add | 2/1 | J | | |
| 304. | | | | | Buy Add | 6/22 | J | | |
| 305. | | | | | Prt Sell | 10/3 | J | A | |
| 306. Cmn Stk, Whole Foods Market | A | Dividend | | | Prt Sell | 4/4 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Prt Sell | 5/5 | J | C | |
| 308. | | | | | Prt Sell | 5/26 | J | C | |
| 309. | | | | | Prt Sell | 7/6 | J | C | |
| 310. | | | | | Sold | 7/7 | J | C | |
| 311. Cmn Stk, Medco Health Solutions | | None | J | T | | | | | |
| 312. Cmn Stk, Walt Disney Co | A | Dividend | L | T | Buy | 12/5 | J | | |
| 313. | | | | | Buy Add | 12/6 | J | | |
| 314. | | | | | Buy Add | 12/7 | J | | |
| 315. | | | | | Buy Add | 12/5 | K | | |
| 316. Cmn Stk, Home Depot | A | Dividend | L | T | Buy | 3/23 | J | | |
| 317. | | | | | Buy Add | 3/24 | J | | |
| 318. | | | | | Buy Add | 4/4 | J | | |
| 319. | | | | | Buy Add | 4/7 | K | | |
| 320. | | | | | Buy Add | 4/14 | J | | |
| 321. | | | | | Buy Add | 4/22 | J | | |
| 322. | | | | | Buy Add | 5/10 | J | | |
| 323. | | | | | Prt Sell | 12/9 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Cmn Stk, Pepsico | B | Dividend | L | T | Buy | 4/18 | J | | |
| 325. | | | | | Buy Add | 4/19 | J | | |
| 326. | | | | | Buy Add | 4/29 | J | | |
| 327. | | | | | Buy Add | 5/24 | J | | |
| 328. | | | | | Buy Add | 6/3 | J | | |
| 329. | | | | | Buy Add | 7/25 | J | | |
| 330. Cmn Stk, Time Warner Inc | A | Dividend | L | T | Buy | 7/22 | J | | |
| 331. | | | | | Buy Add | 7/25 | K | | |
| 332. | | | | | Buy Add | 9/14 | J | | |
| 333. | | | | | Buy Add | 10/5 | J | | |
| 334. | | | | | Buy Add | 10/18 | J | | |
| 335. | | | | | Buy Add | 10/31 | J | | |
| 336. | | | | | Buy Add | 11/2 | J | | |
| 337. | | | | | Buy Add | 11/3 | J | | |
| 338. Cmn Stk, Williams Sonama Inc | | None | K | T | Buy | 3/4 | J | | |
| 339. | | | | | Buy Add | 3/8 | J | | |
| 340. | | | | | Buy Add | 3/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy Add | 4/12 | J | | |
| 342. | | | | | Buy Add | 4/26 | J | | |
| 343. | | | | | Buy Add | 4/28 | J | | |
| 344. | | | | | Buy Add | 5/6 | J | | |
| 345. | | | | | Buy Add | 10/12 | J | | |
| 346. | | | | | Prt Sell | 12/5 | J | B | |
| 347. Cmn Stk, Walt Disney Co - IRA | A | Dividend | M | T | Buy | 12/5 | J | | |
| 348. | | | | | Buy Add | 12/6 | J | | |
| 349. | | | | | Buy Add | 12/7 | K | | |
| 350. | | | | | Buy Add | 12/8 | J | | |
| 351. | | | | | Buy Add | 12/9 | J | | |
| 352. | | | | | Buy Add | 12/15 | J | | |
| 353. | | | | | Buy Add | 12/16 | J | | |
| 354. | | | | | Buy Add | 12/20 | J | | |
| 355. | | | | | Buy Add | 12/27 | J | | |
| 356. Cmn Stk, Home Depot - IRA | A | Dividend | L | T | Buy | 3/23 | K | | |
| 357. | | | | | Buy Add | 4/4 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy Add | 4/5 | J | | |
| 359. | | | | | Buy Add | 4/7 | J | | |
| 360. | | | | | Buy Add | 4/29 | K | | |
| 361. | | | | | Buy Add | 5/10 | J | | |
| 362. | | | | | Prt Sell | 12/7 | J | A | |
| 363. | | | | | Prt Sell | 12/9 | K | A | |
| 364. Cmn Stk, Johnson & Johnson - IRA | C | Dividend | L | T | Buy | 10/12 | J | | |
| 365. | | | | | Buy Add | 10/17 | J | | |
| 366. | | | | | Buy Add | 10/24 | J | | |
| 367. | | | | | Buy Add | 10/25 | J | | |
| 368. | | | | | Buy Add | 10/26 | J | | |
| 369. | | | | | Buy Add | 10/27 | J | | |
| 370. | | | | | Buy Add | 11/2 | J | | |
| 371. | | | | | Buy Add | 11/4 | K | | |
| 372. | | | | | Buy Add | 11/8 | J | | |
| 373. | | | | | Buy Add | 11/11 | J | | |
| 374. | | | | | Buy Add | 11/21 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy Add | 11/22 | J | | |
| 376. Cmn Stk, Pepsico - IRA | B | Dividend | M | T | Buy | 4/18 | J | | |
| 377. | | | | | Buy Add | 4/19 | J | | |
| 378. | | | | | Buy Add | 4/29 | J | | |
| 379. | | | | | Buy Add | 6/2 | J | | |
| 380. | | | | | Buy Add | 6/3 | J | | |
| 381. | | | | | Buy Add | 6/23 | J | | |
| 382. | | | | | Buy Add | 7/7 | K | | |
| 383. | | | | | Buy Add | 7/20 | J | | |
| 384. Cmn Stk, Time Warner Inc - IRA | B | Dividend | M | T | Buy | 7/22 | J | | |
| 385. | | | | | Buy Add | 7/26 | J | | |
| 386. | | | | | Buy Add | 8/24 | K | | |
| 387. | | | | | Buy Add | 9/13 | J | | |
| 388. | | | | | Buy Add | 9/23 | K | | |
| 389. | | | | | Buy Add | 9/25 | J | | |
| 390. | | | | | Buy Add | 10/5 | K | | |
| 391. | | | | | Buy Add | 10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy Add | 10/31 | J | | |
| 393. | | | | | Buy Add | 11/3 | J | | |
| 394. Cmn Stk, Williams Sonoma - IRA | None | | L | T | Buy | 3/4 | J | | |
| 395. | | | | | Buy Add | 3/7 | J | | |
| 396. | | | | | Buy Add | 3/11 | J | | |
| 397. | | | | | Buy Add | 4/12 | J | | |
| 398. | | | | | Buy Add | 4/26 | J | | |
| 399. | | | | | Buy Add | 4/28 | J | | |
| 400. | | | | | Buy Add | 4/29 | J | | |
| 401. | | | | | Buy Add | 5/6 | J | | |
| 402. | | | | | Buy Add | 5/24 | J | | |
| 403. | | | | | Buy Add | 9/2 | J | | |
| 404. | | | | | Prt Sell | 12/5 | J | A | |
| 405. Massachusetts St Wtr 5/5% 8/1/09 Bond | B | Interest | K | T | Buy | 8/29 | K | | |
| 406. Springfield MA GO 5% 8/1/10 Bond | B | Interest | K | T | Buy | 6/30 | K | | |
| 407. Northwest Allen Ind Sch 5% 7/15/13 Bond | B | Interest | K | T | Buy | 3/18 | K | | |
| 408. Cmn Stk, Walt Disney Co | A | Dividend | K | T | Buy | 12/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy Add | 12/6 | J | | |
| 410. | | | | | Buy Add | 12/7 | J | | |
| 411. | | | | | Buy Add | 12/8 | J | | |
| 412. | | | | | Buy Add | 12/9 | J | | |
| 413. Cmn Stk, Home Depot | A | Dividend | L | T | Buy | 3/23 | J | | |
| 414. | | | | | Buy Add | 3/24 | J | | |
| 415. | | | | | Buy Add | 4/4 | J | | |
| 416. | | | | | Buy Add | 4/5 | J | | |
| 417. | | | | | Buy Add | 4/22 | J | | |
| 418. | | | | | Buy Add | 5/10 | J | | |
| 419. | | | | | Buy Add | 10/5 | J | | |
| 420. | | | | | Prt Sell | 12/7 | J | A | |
| 421. | | | | | Prt Sell | 12/9 | J | A | |
| 422. Cmn Stk, Time Warner Inc | A | Dividend | K | T | Buy | 7/22 | J | | |
| 423. | | | | | Buy Add | 7/25 | K | | |
| 424. | | | | | Buy Add | 8/26 | J | | |
| 425. | | | | | Buy Add | 10/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy Add | 10/13 | J | | |
| 427. | | | | | Buy Add | 10/18 | J | | |
| 428. | | | | | Buy Add | 10/31 | J | | |
| 429. | | | | | Buy Add | 11/2 | J | | |
| 430. | | | | | Buy Add | 11/3 | J | | |
| 431. Cmn Stk, Williams Sonoma | | None | K | T | Buy | 3/4 | J | | |
| 432. | | | | | Buy Add | 3/7 | J | | |
| 433. | | | | | Buy Add | 3/10 | J | | |
| 434. | | | | | Buy Add | 4/12 | J | | |
| 435. | | | | | Buy Add | 4/28 | J | | |
| 436. | | | | | Buy Add | 5/6 | J | | |
| 437. | | | | | Buy Add | 5/12 | J | | |
| 438. | | | | | Buy Add | 10/12 | J | | |
| 439. | | | | | Prt Sell | 12/5 | J | A | |
| 440. Cmn Stk, Ameriprise Finl | | None | | | Buy | 1/12 | J | | |
| 441. | | | | | Sold | 10/5 | J | A | |
| 442. Cmn Stk, Ameriprise Finl - IRA | | None | | | Buy | 1/5 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 10/5 | J | A | |
| 444. Cmn Stk, Ameriprise Finl | | None | | | Buy | 1/5 | J | | |
| 445. | | | | | Sold | 10/5 | J | A | |
| 446. Cmn Stk, Johnson & Johnson | | None | | | Buy | 10/12 | J | | |
| 447. | | | | | Buy Add | 10/24 | J | | |
| 448. | | | | | Buy Add | 10/26 | K | | |
| 449. | | | | | Buy Add | 10/27 | J | | |
| 450. | | | | | Buy Add | 11/3 | J | | |
| 451. | | | | | Buy Add | 11/11 | J | | |
| 452. | | | | | Buy Add | 11/21 | J | | |
| 453. | | | | | Buy Add | 11/22 | J | | |
| 454. | | | | | Sold | 12/23 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H | 05/02/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date_____ 5/9/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544